

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-16-00093-CV

Trial Court Cause
Number: 2012-53837

Style: Marcelle  Guimaraes

**v.** Christopher  Scott  Brann

Date motion filed*: September 21, 2018

Type of motion: Motion for En Banc Reconsideration

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually   ☒ Acting for the Court

Panel consists of    Chief Justice Radack and Justices Jennings, Keyes, Higley, Brown, and Lloyd.
    Justice Keyes, dissenting from denial of en banc reconsideration.
    Justices Bland, Massengale, and Caughey not participating.

Date:  12/20/18